IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:08-CR-00326-03-BRW

TIERRA LASHAY THOMPSON

## ORDER

After a review of this matter, Assistant Federal Public Defender, Latrece E. Gray, is appointed to represent the Defendant. A revocation hearing is set for Friday, May 31, 2013, at 9:30 AM, in Courtroom No. 389.

IT IS SO ORDERED this 10th day of May, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE